# Exhibit B



U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Tampa Field Office

501 East Polk Street, Room 1000
Tampa, FL 33602
National Contact Center: (800) 669-4000
National Contact Center TTY: (800) 669-6820
Tampa Status Line: (866) 408-8075
Tampa Direct Dial: (813) 228-2310
TTY (813) 228-2003
FAX (813) 228-2841

EEOC Charge No:   511-2017-02783

Gisele M. Dunn                                          Charging Party
604 Erin Way
Brooksville, FL 34601

Jeol Fritton, Esq.                                      Respondent
Hernando County Sheriff's Office.
PO BOX 10070
Brooksville, FL 34603

## LETTER OF DETERMINATION

Under the authority vested in me by the Commission, I issue the following determination as to the merits of the above-cited charge, filed under Title VII of the Civil Rights Act of 1964, as amended. The Respondent is an employer within the meaning of Title VII, and all statutory requirements for timeliness and all other jurisdictional requirements for coverage have been met.

Charging Party alleges that Respondent subjected her to harassment and unequal terms and conditions of employment when it came to disciplinary actions and discharge than male peers, and in retaliation for her previous complaint of discrimination based on sex, female, and retaliation in violation of Title VII of the Civil Rights Act of 1964, as amended.

Respondent denies Charging Party's allegations.

The evidence obtained during the investigation supports the Charging Party's allegation that she was subjected to unequal terms and conditions of employment and retaliation have merit in part. The obtained evidence shows that the Charging Party was subjected to unequal terms and conditions of employment of scrutiny internal investigations than her male counterparts despite both the Florida Department of Law Enforcement and the State Attorney's office cleared Charging Party and other officers involved from any wrong doing and found the shooting was justified. More so, the Respondent's own Administrative Inquiry 2016-AI-02 cleared Charging Party and the male deputy. Despite the findings, Respondent launched an additional inquiry solely focused on Charging Party. Respondent then used the conclusions generated from this second inquiry (2016-IA-11) to terminate Charging Party's employment There is a convincing mosaic of circumstantial evidence which supports that it is more likely than not that sex based discriminatory animus motivated the Respondent's secondary inquiry into Charging Party's actions and its conclusions. The reasons articulated by Respondent for Charging Party's termination appear to be pretextual and do not withstand the Commission's scrutiny.

However, the evidence is insufficient to conclude that Respondent terminated Charging Party in retaliation for filing a prior sex discrimination lawsuit against Respondent in violation of Title VII.

Based on the above, I have determined the evidence obtained during the investigation establishes that there is reasonable cause to believe that Respondent terminated Charging Party from her Sergeant position due to her sex in violation of Title VII of the Civil Rights Act of 1964, as amended.

Upon finding that there is reason to believe that a violation has occurred, the Commission attempts to eliminate the alleged unlawful practice by informal methods of conciliation. Therefore, the Commission now invites the parties to join with it in reaching a just resolution of this matter. The confidentiality provisions of Sections 706 and 709 of Title VII and the Commission Regulations apply to information obtained during conciliation.

An invitation to Conciliate is enclosed for your review. Please complete the enclosed Invitation to Conciliate and return it to Christopher Griffin at the above address or via email at christopher.griffin@eeoc.gov within 10 days from the date of this letter. If no response is received within this time period, it will be interpreted as an unwillingness on the part of the Respondent to participate in conciliation efforts. At that time, conciliation efforts will cease.

If the Respondent declines to discuss settlement or when, for any other reason, a settlement acceptable to the office Director is not obtained, the Director will inform the parties and advise them of the court enforcement alternatives available to aggrieved persons and the Commission. A Commission representative will contact each party in the near future to begin conciliation.

You are reminded that Federal law prohibits retaliation against persons who have exercised their right to inquire or complain about matters they believe may violate the law. Discrimination against persons who have cooperated in Commission investigations is also prohibited. These protections apply regardless of the Commission's determination on the merits of these charges.

On Behalf of the Commission:

8/28/2019
Date

Evangeline Hawthorne
Director

Enclosure: Invitation to Conciliate

David J. Stefany, Esq.
ALLEN NORTON & BLUE
324 South Hyde Park Avenue, Suite 225
Tampa, FL 33606



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Tampa Field Office**

501 East Polk Street, Room 1000
Tampa, FL 33602
(813) 228-2310
TTY (813) 228-2003
FAX (813) 228-2841

RE: EEOC Charge No.: 511-2017-02783
Gisele M. Dunn v. Hernando County Sheriff's Office

Gisele M. Dunn
604 Erin Way
Brooksville, FL 34601

Dear Ms. Dunn:

This is to inform you that the Equal Employment Opportunity Commission (EEOC) has been unable to conciliate the above-referenced charge and has therefore discontinued its administrative processing. The charge file will now be referred to the U.S. Department of Justice for review to determine whether the U.S. Government will file suit on your behalf. If the Department of Justice decides not to file suit, it will issue to you a Notice of Right-to-Sue which would enable you to file suit in Federal District Court if you wish to pursue this matter further. If you receive such a Notice of Right -to-Sue you must file suit within 90 days of your receipt of it.

If you have any further questions in this matter, you may write to the Department of Justice at the following address:

> U.S. Department of Justice
> Civil Rights Division
> Attn: Karen Ferguson
> 950 Pennsylvania Ave NW
> PHB, Rm. 4902
> Washington DC 20530

Please refer to the charge number and case heading shown above if you write to the Department of Justice.

We regret that we have been unable to resolve this matter but thank you for your cooperation throughout the administrative process.

Sincerely,

*Evangeline Hawthorne*
Evangeline Hawthorne
Director

Date

CC:
Jay P. Lechner, Esq.
WHITTEL & MELTON, LLC
11020 Northcliffe Boulevard
Spring Hill, FL 34608