# Exhibit C



ESD:KDW:KLF
DJ 170-17M-0

*Employment Litigation Section - PHB*
*950 Pennsylvania Avenue, NW*
*Washington, DC  20530*
*www.usdoj.gov/crt/emp*

## NOTICE OF RIGHT TO SUE WITHIN 90 DAYS

CERTIFIED MAIL 7010 0290 0000 2014 5559
RETURN RECEIPT REQUESTED

**JAN 1 3 2020**

Ms. Gisele M. Dunn
c/o William J. Sheslow, Esquire
Law Offices of Whittel & Melton
11020 Northcliffe Blvd.
Spring Hill, FL  34608

        Re:    Gisele M. Dunn v. Hernando County Sheriff's Office
                EEOC Charge No. 511-2017-02783

Dear Ms. Dunn:

      It has been determined that the Department of Justice will not file suit on the above-referenced charge of discrimination that was referred to us by the Equal Employment Opportunity Commission (EEOC).  This should not be taken to mean that the Department of Justice has made a judgment as to whether or not your charge is meritorious.

      You are hereby notified that conciliation in this matter was unsuccessful by the EEOC.  You are further notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. Section 2000e et seq., against the above-named respondent.  If you choose to commence a civil action, such suit must be filed in the appropriate court within 90 days of your receipt of this Notice.

      If you or your attorney have any questions concerning this matter or wish to inspect the investigative file, please feel free to address your inquiry to:  Evangeline Hawthorne, Director, EEOC, 501 E. Polk St., Ste. 1000, Tampa, FL 33602.

                      Sincerely,

                      Eric S. Dreiband
                    Assistant Attorney General
                    Civil Rights Division

    By:

                    Karen D. Woodard
                    Principal Deputy Chief
                    Employment Litigation Section

cc:    Gisele M. Dunn
       Hernando County Sheriff's Office
       Joel Fritton, Esquire
       David Stefany, Esquire
       EEOC, Tampa Field Office